JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| MAG INSTRUMENT, INC., a California corporation, | Case No. CV 09-01842-R (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE COLEMAN COMPANY, INC., a Delaware corporation, and DOES 1-10, | |
| Defendants. | **Honorable Manuel L. Real** |
| AND RELATED COUNTERCLAIMS | |

1  The Motion for Summary Judgment of The Coleman Company, Inc.
2  ("Coleman") having been considered by this Court, there being no material issues in
3  dispute,
4      IT IS HEREBY ADJUDGED that
5      1.  Mag Instrument, Inc. is denied all relief on its complaint;
6      2.  Claims 1 and 2 of United States Patent No. 7,410,272 are invalid;
7      3.  Coleman's counterclaim seeking a declaration of non-infringement is
8         dismissed as moot.

11 Dated: February 17, 2010

                              _____
                              Hon. Manuel L. Real
                              United States District Judge